CATHERINE TIERNEY, an Infant, by JOHN J. TIERNEY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN J. TIERNEY, Respondent, v. IRVING FRIEDMAN, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JAMES TRACY, Individually and as Guardian ad Litem of DOROTHY TRACY, an Infant, Respondent, v. MOLLIE GOLDSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

DOMENICO VASSALLO, Individually and as Guardian ad Litem of ANGELO VASSALLO, Respondent, v. GIUSEPPE GARGUILO and CARMELA GARGUILO, Appellants.— Judgment reversed upon the law and a new trial granted, costs to abide the event. We are of opinion that the obvious construction of the charge of the court with reference to the necessity of notice to the landlord of the alleged defect in the porch was that no such notice was required if the jury found the building to be a tenement house or found that the porch in question was used in common by all the tenants. The charge in this respect was erroneous and calls for a reversal of the judgment. (*Altz* v. *Leiberson*, 233 N. Y. 16; *Hirsch* v. *Radt*, 228 id. 100.) Young, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to affirm, being of opinion that the entire question of notice was adequately presented to the jury.

WILLIAM J. WENZELBERG, Respondent, v. WARD BAKING COMPANY, Appellant.— Judgment, as resettled, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CHARLES E. WILSON, Respondent, v. EUGENE P. CATENA, Appellant.— Order granting motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

EDMUND A. WISMAN and Others, Respondents, v. CITY OF NEW YORK, and RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.